**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

K.W.,
By her *in parentis loco,* D.W.

        Plaintiff,

v.                                          Case No. 2:25-cv-01620-JPS

LAD LAKE, INC.,

        Defendant.

---

**STIPULATION FOR DISMISSAL**

---

IT IS HEREBY AGREED AND STIPULATED, by and between the parties hereto through their respective attorneys, that the federal claims against defendant Lad Lake shall be dismissed with prejudice and without costs, and the negligence claims against Lad Lake without prejudice and without costs, with leave to refile the state law claims in the appropriate State of Wisconsin circuit court.

Dated this 3rd day of June, 2026.

                                 GINGRAS, THOMSEN & WACHS, LLP
                                 Attorneys for Plaintiff

                                 *Electronically signed by Paul A. Kinne*
                                 PAUL A. KINNE | SBN 1021493
                                 8150 Excelsior Drive
                                 Madison, WI 53717
                                 608-833-2632
                                 kinne@gtwlawyers.com

**COYNE, SCHULTZ, BECKER & BAUER, S.C.**
Attorneys for Defendant

*Vincent Scipior*
Vincent Scipior
State Bar Number:
150 E. Gilman Street, Suite 1000
Madison, WI 53703
Tel: (608) 255-1388
Fax: (608) 255-8592